IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


**QUINTON ESCHRICH**
**ADC#134221**                                                                                          **PLAINTIFF**


V.                                    CASE NO.  5:10CV00223 JMM


**RICHARD MAZZANTI, CO-I, VARNER SUPERMAX,**
**ARKANSAS DEPARTMENT OF CORRECTION**                       **DEFENDANT**

**ORDER**

The Court has received findings and a recommendation from Magistrate Judge Joe J. Volpe.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court"s findings in all respects.

Plaintiff's Complaint is dismissed without prejudice for failure to comply with the Court's Order on August 11, 2010, and with Local Rule 5.5(c)(2).  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED THIS   15    day of    October  , 2010.


                                                                                          _____
                                                                                          James M. Moody
                                                                                          United States District Judge