IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**QUINTON ESCHRICH**
**ADC#134221**                                                                                       **PLAINTIFF**

V.                                    CASE NO.  5:10CV00223 JMM

**RICHARD MAZZANTI, CO-I, VARNER SUPERMAX,**
**ARKANSAS DEPARTMENT OF CORRECTION**                        **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED THIS   15   day of   October  , 2010.


_____
James M. Moody
United States District Judge